Filing reviewed on 1/24/2022 by Scott Grigg

Received
1/24/2022 12:57 PM
Judge Missildine - Precinct 3
Collin County, Texas

## PETITION: SMALL CLAIMS CASE

03-SC-22-00042

CASE NO. (court use only) _____

In the Justice Court, Precinct __3__, __Collin__ County, Texas

**Jeffry Simpson**
PLAINTIFF

VS.

**Helbing Law Group 1275 Glenlivet Dr Ste 100 Allentown, PA 18106**
DEFENDANT(S)

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
Plaintiff received 3 unsolicited calls to his cell phone ending in number 0529 from 11/04-11/10/21 from Defendant's company/lead generator for the solicitation of debt relief assistance using ATDS/pre-recorded messages; a violation of TCPA 47 U.S.C. §227(b). Plaintiff has been on the National Do Not Call Registry since 6/18/2011 and said calls also violate TCPA 47 U.S.C. §227(b)(C). Said calls also violate Section 302.101 of the Texas Business and Commerce Code.
It is Plaintiff's belief that Discovery will uncover additional calls from Defendant prior to this time period.

**RELIEF:** Plaintiff seeks damages in the amount of **$19,000.00**, and/or return of personal property as described as follows (be specific): _____, which has a value of _____
Additionally, plaintiff seeks the following:
**court filing fee, process service fees, & any additional court costs**

plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**Erik Helbing 1275 Glenlivet Dr #100 Allentown, PA 18106**

[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: **soonerintx2121@gmail.com**.

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| | |
|---|---|
| **Jeffry Simpson** | **/s/ Jeffry Simpson** |
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |
| | **2913 Country Place Dr** |
| **DEFENDANT(S) INFORMATION** (if known): | Address of Plaintiff's Attorney, if any, or Plaintiff if none |
| DATE OF BIRTH:_____ | **PLANO, TX 75075** |
| *LAST 3 NUMBERS OF DRIVER LICENSE:_____ | City        State        Zip |
| *LAST 3 NUMBERS OF SOCIAL SECURITY:_____ | **918-361-0529** |
| DEFENDANT'S PHONE NUMBER: **800-413-5011** | Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none |
| | **soonerintx2121@gmail.com** |

Small Claim Petition. 7/2013